[952 NE2d 1059, 929 NYS2d 66]

JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent.

Decided June 7, 2011

### APPEARANCES OF COUNSEL

*Calihan Law, PLLC,* Rochester (*Robert B. Calihan* of counsel), for appellants.

*Chamberlain D'Amanda Oppenheimer & Greenfield, LLP,* Rochester (*J. Michael Wood, Michael A. Sciortino* and *Michael T. Harren* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

The Appellate Division correctly determined that the proffered writings failed to satisfy the statute of frauds (*see* General

Obligations Law § 5-701 [a] [1]). The writings, taken together, fail to contain all of the essential terms of the alleged agreement. Specifically, the writings make no mention of the alleged incorporation of the written agreement's noncompete clause into the subsequent oral agreement between the parties.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs in a memorandum.